| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>50 Walnut Street<br>Newark, NJ 07102 | **Order Filed on January 22, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>GFY REALTY CORPORATION | Case No.: 21-10078<br>Chapter: 11 (Small Business)<br>Hearing Date: 3/2/2021<br>Judge: John K. Sherwood |

## CHAPTER 11 SMALL BUSINESS SCHEDULING ORDER

The relief set forth on the following pages, numbered 2 and 3 is **ORDERED**.

**DATED: January 22, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been opened to the Court upon the filing of a Chapter 11 small business case on January 6, 2021; it is hereby

**ORDERED**, and notice is hereby given, that:

1. A status conference is scheduled before the Honorable John K. Sherwood for March 2, 2021 *(45-60 days after the Order for Relief)*, at 10:00 am, in the U.S. Bankruptcy Court, 50 Walnut Street, Newark, NJ 07012 ( Telephonically), Courtroom no.: 3D.

    A. The debtor must, within 3 days of the date of this Order, serve this order on all parties in interest, including secured creditors, creditors' committee members and the U. S. Trustee.

    B. All interested parties in this case may attend.

    C. The purpose of the status conference is to discuss case management and any related issues.

    D. The status conference will not be adjourned because of incomplete filings.

2. The debtor's exclusive right to file a Plan expires on July 5, 2021 *(180 days after the Order for Relief)*, unless the time period is extended under 11 U.S.C. § 1121(e)(3).

3. A Plan and Disclosure Statement[1], must be filed no later than November 2, 2021 *(300 days after the Order for Relief)*, unless the time period is shortened by order of this Court or extended under 11 U.S.C. § 1121(e)(3).

4. Under 11 U.S.C. § 1129(e), the Plan must be confirmed no later than 45 days after it is filed unless the time is extended under 11 U.S.C. § 1121(e)(3).

5. Under 11 U.S.C. § 1121(e)(3)(c), an order extending any aforementioned time period must be signed prior to the expiration of the existing deadline.

---

[1] Local Form *Small Business Debtor's Combined Plan of Reorganization [or Liquidation] and Disclosure Statement* is available on the Court's web site.

6.  Along with the filing of a Plan and Disclosure Statement, the plan proponent must submit a proposed *Order Conditionally Approving Disclosure Statement, Setting Deadlines, and Scheduling Confirmation Hearing*.[2]

7.  In addition to the other duties required by law, the debtor must file periodic financial reports pursuant to 11 U.S.C. § 1116.

*rev.10/1/18*

---

[2] The following related forms can be found on the Court's website, www.njb.uscourts.gov:

*Small Business Debtor's Combined Plan of Reorganization [or Liquidation] and Disclosure Statement* (Local Form)

*Order Conditionally Approving Disclosure Statement, Setting Deadlines, and Scheduling Confirmation Hearing (Small Business)* (Local Form)

*Order Finally Approving Disclosure Statement and Confirming Plan (Small Business*) (Local Form)

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 21-10078-JKS

GFY REALTY CORPORATION                                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1
Date Rcvd: Jan 22, 2021       Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + GFY REALTY CORPORATION, 125 5TH AVENUE, PATERSON, NJ 07524-1204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dean J. Despotovich | on behalf of Debtor GFY REALTY CORPORATION djdatty@aol.com G17602@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 2