UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scott D. Sherman, Esq.
MINION & SHERMAN
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
phone #973-882-2424
fax #973-882-0856
ssherman@minionsherman.com
www.minionsherman.com

In Re:
GFY REALTY CORPORATION,

DEBTOR

Case No.:  21-10078

Chapter:  11

Judge:  SHERWOOD

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  Greenwich Village Assoc . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
Scott D. Sherman, Esq.
MINION & SHERMAN
33 Clinton Road, Suite 105
West Caldwell, NJ 07006

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 2/5/2021

/s/ Scott D. Sherman
Signature

*new.8/1/15*