UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1-(b)

Dean J Despotovich Esq.
328 Clifton Avenue
Clifton, NJ 07011
973 772-6466
djdatty@aol.com
Counsel for the Debtor in Possession

In Re:

GFY Realty Corporation

Case No.: 21-10078-JKS

Chapter 11

Judge John K. Sherwood

Hearing Date: February 10, 2021

## NOTICE RE TELEPHONIC 341a MEETING

**PLEASE TAKE NOTICE** that the Chapter 11 341 creditors meeting presently scheduled to take place at the offices of the United States Trustee in Newark New Jersey on Wednesday February 10, 2021 shall instead take place Wednesday February 10, 2021 by conference call commencing at 9:00 AM EDT. If you wish to participate in the call, please e-mail Debtor's counsel at djdatty@aol.com no later than the end of business on February 9, 2021 to receive dial in instructions. Your participation is welcomed, but not required.

Date: February 8, 2021

Dean J Despotovich Esq.
Attorney for the Debtor