UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Dean J Despotovich Esq
328 Clifton Avevue
Clifton, NJ 07011
973 772-6466
Djdatty@aol.com
Fax 973 772-6814

Order Filed on February 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
GFY Realty Corporation

Case No.: 21-10078

Chapter: 11

Judge: JKS

## ORDER AUTHORIZING RETENTION OF

Dean J Despotovich, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: February 18, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Dean J Despotovich, Esq._____
as _____Legal Counsel to the DIP_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:    328 Clifton Ave
   Clifton, NJ 07011

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*