**Fill in this information to identify the case:**

Debtor Name **GFY Realty Corporation**

United States Bankruptcy Court for the: District of New Jersey ☑

Case number: **21-10078**

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __April 2021__                    Date report filed: __06/04/2021__
                                                                                  MM / DD / YYYY

Line of business: __Real Estate__        NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                        __Ge Wang__

Original signature of responsible party   __/s/Ge Wang__

Printed name of responsible party         __Ge Wang__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☑ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  GFY Realty Corporation _____    Case number 21-10078 _____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 11,484.64

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 6,450.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 5,593.69

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 856.31

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 12,265.45

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 0.00

Debtor Name **GFY Realty Corporation**

Case number **21-10078**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                     $ ___12,400.00___

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?          ___0___

27. What is the number of employees as of the date of this monthly report?   ___0___

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ ___0.00___

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ___600.00___

30. How much have you paid this month in other professional fees?        $ ___0.00___

31. How much have you paid in total other professional fees since filing the case?        $ ___0.00___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** – | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 6,450.00 | – $ 6,450.00 | = $ 0.00 |
| 33. **Cash disbursements** | $ 4,500.00 | – $ 5,593.73 | = $ -1,093.73 |
| 34. **Net cash flow** | $ 1,950.00 | – $ 856.31 | = $ 1,093.69 |

35. Total projected cash receipts for the next month:                $ 6,450.00

36. Total projected cash disbursements for the next month:          – $ 4,500.00

37. Total projected net cash flow for the next month:                = $ 1,950.00

Debtor Name **GFY Realty Corporation**                    Case number 21-10078

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

 **Bank**

America's Most Convenient Bank®

 

E    STATEMENT OF ACCOUNT

| | |
|---|---|
| GFY REALTY CORPARATION | Page: 1 of 4 |
| DIP CASE 21-10078 DIST NJ | Statement Period: Apr 01 2021-Apr 30 2021 |
| 125 5TH AVE | Cust Ref #: ▉-039-E-*** |
| PATERSON NJ 07524 | Primary Account #: |

## Chapter 11 Checking

GFY REALTY CORPARATION
DIP CASE 21-10078 DIST NJ

Account ▉09

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,484.64 | Average Collected Balance | 12,885.84 |
| Deposits | 6,450.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 5,593.69 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 75.50 | Days in Period | 30 |
| Ending Balance | 12,265.45 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/09 | SBB MDEPOSIT | 2,250.00 |
| 04/09 | SBB MDEPOSIT | 2,000.00 |
| 04/15 | SBB MDEPOSIT | 1,000.00 |
| 04/16 | DEPOSIT | 1,200.00 |
| | Subtotal: | 6,450.00 |

**Checks Paid**  No. Checks: 9    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/07 | 1013 | 764.36 | 04/19 | 1024 | 41.03 |
| 04/02 | 1014 | 38.97 | 04/19 | 1026* | 398.34 |
| 04/07 | 1015 | 360.04 | 04/22 | 1027 | 2,837.59 |
| 04/19 | 1022* | 216.29 | 04/29 | 1028 | 538.73 |
| 04/19 | 1023 | 398.34 | | | |
| | | | | Subtotal: | 5,593.69 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/12 | CCD DEBIT, NJGOVSERVEW NJGOVSERVE 609-586-2600 | 75.50 |
| | Subtotal: | 75.50 |

# How to Balance your Account

Page:    2 of 4

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ① Ending Balance | | 12,265.45 |
| ② Total Deposits | + | |
| ③ Sub Total | | |
| ④ Total Withdrawals | | |
| ⑤ Adjusted Balance | | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to on electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

GFY REALTY CORPARATION
DIP CASE 21-10078 DIST NJ

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Apr 01 2021-Apr 30 2021 |
| Cust Ref #: | 039-E-*** |
| Primary Account #: | 9 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 03/31 | 11,484.64 | 04/15 | 15,495.77 |
| 04/02 | 11,445.67 | 04/16 | 16,695.77 |
| 04/07 | 10,321.27 | 04/19 | 15,641.77 |
| 04/09 | 14,571.27 | 04/22 | 12,804.18 |
| 04/12 | 14,495.77 | 04/29 | 12,265.45 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GFY REALTY CORPARATION
DIP CASE 21-10078 DIST NJ



| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Apr 01 2021-Apr 30 2021 |
| Cust Ref #: | 039-E-*** |
| Primary Account #: | 09 |



#1013        04/07        $764.36



#1014        04/02        $38.97



#1015        04/07        $360.04



#1022        04/19        $216.29



#1023        04/19        $398.34



#1024        04/19        $41.03



#1026        04/19        $398.34



#1027        04/22        $2,837.59



#1028        04/29        $538.73

GFY Realty Corp Rent Roll
2021

|  | Alchemy expired 11/30/20 Rent | Alchemy expired 11/30/20 payment | Anomalous expired 12/14/19 Rent | Anomalous expired 12/14/19 payment | Beato Glass expired 08/31/19 Rent | Beato Glass expired 08/31/19 payment | Studio 500 expired 11/30/20 Rent | Studio 500 expired 11/30/20 payment | Sputnik Transportation expired 4/30/20 Rent | Sputnik Transportation expired 4/30/20 payment |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 125-139 5th Ave Paterson, NJ Block 2003 Lot 1 | | | | 126-128 5th Ave Paterson, NJ Block 2004 Lot 3 | 126-128 5th Ave Paterson, NJ Block 2004 Lot 3 |
| Jan-21 | 2000.00 | 2000.00 | 3000.00 | 0.00 | 1200.00 | 0.00 | 2250.00 | 2250.00 | 1000.00 | 0.00 |
| Feb-21 | 2000.00 | 2000.00 | 3000.00 | 0.00 | 1200.00 | 1200.00 | 2250.00 | 2250.00 | 1000.00 | 0.00 |
| Mar-21 | 2000.00 | 2000.00 | 3000.00 | 0.00 | 1200.00 | 1200.00 | 2250.00 | 2250.00 | 1000.00 | 1000.00 |
| Apr-21 | 2000.00 | 0.00 | 3000.00 | 0.00 | 1200.00 | 0.00 | 2250.00 | 0.00 | 1000.00 | 0.00 |
| May-21 |  |  |  |  |  |  |  |  |  |  |
| Jun-21 |  |  |  |  |  |  |  |  |  |  |
| Jul-21 |  |  |  |  |  |  |  |  |  |  |
| Aug-21 |  |  |  |  |  |  |  |  |  |  |
| Sep-21 |  |  |  |  |  |  |  |  |  |  |
| Oct-21 |  |  |  |  |  |  |  |  |  |  |
| Nov-21 |  |  |  |  |  |  |  |  |  |  |
| Dec-21 |  |  |  |  |  |  |  |  |  |  |
|  | 8000.00 | 6000.00 | 12000.00 | 0.00 | 4800.00 | 2400.00 | 9000.00 | 6750.00 | 4000.00 | 1000.00 |
| total Rent | 37800.00 |  |  |  |  |  |  |  |  |  |
| total payment | 16150.00 |  |  |  |  |  |  |  |  |  |
| Balance | 21650.00 |  |  |  |  |  |  |  |  |  |

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corporation
# General Ledger
## As of March 31, 2021

| | Type | Date | Num |
|---|---|---|---|
| **TD Bank** | | | |
| | Check | 01/01/2021 | 332 |
| | Check | 01/05/2021 | |
| | Check | 01/06/2021 | 335 |
| | Check | 01/07/2021 | 336 |
| | General Journal | 01/13/2021 | 265 |
| **Total TD Bank** | | | |
| | | | |
| **TD Bank DIP** | | | |
| | General Journal | 01/13/2021 | 265 |
| | Check | 01/15/2021 | 0098 |
| | Check | 01/15/2021 | 99 |
| | Check | 01/22/2021 | |
| | Check | 01/25/2021 | 1002 |
| | Payment | 01/25/2021 | 4897 |
| | Payment | 01/25/2021 | 5467 |
| | Check | 01/31/2021 | 1001 |
| | Check | 01/31/2021 | 1003 |
| | Payment | 02/05/2021 | 5515 |
| | Payment | 02/05/2021 | 5515 |
| | Check | 02/09/2021 | 1006 |
| | Payment | 02/10/2021 | 1143 |
| | Check | 02/28/2021 | 1004 |
| | Check | 02/28/2021 | 1007 |
| | Check | 02/28/2021 | 1008 |
| | Check | 02/28/2021 | 1009 |
| | Payment | 03/10/2021 | 1132 |
| | Payment | 03/19/2021 | 4863 |
| | Payment | 03/19/2021 | 3910 |
| | Payment | 03/23/2021 | |
| | Check | 03/25/2021 | 1011 |
| | Check | 03/30/2021 | 1012 |
| | Check | 03/31/2021 | 1015 |
| | Check | 03/31/2021 | 1013 |
| | Check | 03/31/2021 | 1014 |
| **Total TD Bank DIP** | | | |
| | | | |
| **Accounts Receivable** | | | |
| | Invoice | 01/01/2021 | 9818 |
| | Invoice | 01/01/2021 | 9819 |
| | Invoice | 01/01/2021 | 9820 |
| | Invoice | 01/01/2021 | 9822 |
| | Invoice | 01/01/2021 | 9836 |
| | General Journal | 01/14/2021 | 229 |
| | General Journal | 01/19/2021 | 267 |
| | Payment | 01/25/2021 | 4897 |
| | Payment | 01/25/2021 | 5467 |
| | Invoice | 02/01/2021 | 9821 |
| | Invoice | 02/01/2021 | 9823 |
| | Invoice | 02/01/2021 | 9824 |
| | Invoice | 02/01/2021 | 9825 |

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corporation
# General Ledger
### As of March 31, 2021

| Type | Date | Num |
|------|------|-----|
| Invoice | 02/01/2021 | 9837 |
| Payment | 02/05/2021 | 5515 |
| Payment | 02/05/2021 | 5515 |
| Payment | 02/10/2021 | 1143 |
| Invoice | 03/01/2021 | 9826 |
| Invoice | 03/01/2021 | 9827 |
| Invoice | 03/01/2021 | 9829 |
| Invoice | 03/01/2021 | 9830 |
| Payment | 03/10/2021 | 1132 |
| Invoice | 03/15/2021 | 9828 |
| Invoice | 03/15/2021 | 9831 |
| Payment | 03/19/2021 | 4863 |
| Payment | 03/19/2021 | 3910 |
| Payment | 03/23/2021 | |

Total Accounts Receivable

**Undeposited Funds**
Total Undeposited Funds

**125 5th Ave**
Total 125 5th Ave

**Accumulated Depreciation**
Total Accumulated Depreciation

**Accounts Payable**

| | | |
|------|------|-----|
| Check | 01/15/2021 | 0098 |
| Check | 01/15/2021 | 99 |

Total Accounts Payable

**Home Depot 0182 (alchemy)**
Total Home Depot 0182 (alchemy)

**Corporation Tax Payable**
Total Corporation Tax Payable

**Due to George Wang**

| | | |
|------|------|-----|
| Check | 01/05/2021 | |
| General Journal | 01/14/2021 | 229 |
| General Journal | 01/15/2021 | 266 |
| General Journal | 01/19/2021 | 267 |
| General Journal | 03/15/2021 | 270 |

Total Due to George Wang

**Interest Payable**
Total Interest Payable

**Payroll Liabilities**
Total Payroll Liabilities

**SBAD**

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corporation
# General Ledger
## As of March 31, 2021

| | Type | Date | Num |
|---|---|---|---|

Total SBAD

**Security Deposits**
Total Security Deposits

**Greenwich Village Associates**
Total Greenwich Village Associates

**Capital Stocks**
Total Capital Stocks

**Opening Bal Equity**
Total Opening Bal Equity

**Retained Earnings**

| | Closing Entry | 02/28/2021 | |
|---|---|---|---|

Total Retained Earnings

**Fee Income**
  **Laundry**
  Total Laundry

  **Swimming Pool Fees**
  Total Swimming Pool Fees

  **Vending Commissions**
  Total Vending Commissions

  **Fee Income - Other**
  Total Fee Income - Other

Total Fee Income

**Rental**

| | Invoice | 03/01/2021 | 9826 |
|---|---|---|---|
| | Invoice | 03/01/2021 | 9827 |
| | Invoice | 03/01/2021 | 9829 |
| | Invoice | 03/01/2021 | 9830 |
| | Invoice | 03/15/2021 | 9828 |
| | Invoice | 03/15/2021 | 9831 |
| | Invoice | 03/15/2021 | 9831 |

Total Rental

**1099 Ge Wang**
Total 1099 Ge Wang

**Amortization Expense**
Total Amortization Expense

**Automobile Expense**
Total Automobile Expense

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corporation
# General Ledger
## As of March 31, 2021

| | Type | Date | Num |
|---|---|---|---|

**Bank Service Charges**
Total Bank Service Charges

**Cash Discounts**
Total Cash Discounts

**Commission**
Total Commission

**Contributions**
Total Contributions

**Depreciation Expense**
Total Depreciation Expense

**Dues and Subscriptions**
Total Dues and Subscriptions

**Equipment Rental**
Total Equipment Rental

**Filing Fees**
Total Filing Fees

**Insurance**
  **Disability Insurance**
  Total Disability Insurance

  **Errors & Omissions**
  Total Errors & Omissions

  **Liability Insurance**
  Total Liability Insurance

  **Property Insurance**

| | Type | Date | Num |
|---|---|---|---|
| | Check | 03/30/2021 | 1012 |

  Total Property Insurance

  **Insurance - Other**
  Total Insurance - Other

Total Insurance

**Interest Expense**
  **Finance Charge**
  Total Finance Charge

  **Loan Interest**
  Total Loan Interest

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corparation
# General Ledger
## As of March 31, 2021

| | Type | Date | Num |
|---|---|---|---|

**Mortgage**
Total Mortgage

**Interest Expense - Other**
Total Interest Expense - Other

Total Interest Expense

**Lease Commission**
Total Lease Commission

**Licenses and Permits**
Total Licenses and Permits

**Management Fees**
Total Management Fees

**Meals and Entertainment**
Total Meals and Entertainment

**Miscellaneous**
Total Miscellaneous

**Payroll Expenses**
Total Payroll Expenses

**Postage and Delivery**
Total Postage and Delivery

**Printing and Reproduction**
Total Printing and Reproduction

**Professional Fees**
    **Accounting**
    Total Accounting

    **Consulting**
    Total Consulting

    **Legal Fees**
    Total Legal Fees

    **Professional Fees - Other**
    Total Professional Fees - Other

Total Professional Fees

**Registration Fee**
Total Registration Fee

9:54 AM
04/05/21
Accrual Basis

**GFY Realty Corparation**

**General Ledger**

**As of March 31, 2021**

| Type | Date | Num |
| --- | --- | --- |

**Rent**
Total Rent

**Repairs**
    **Building Repairs**
    Total Building Repairs

    **Computer Repairs**
    Total Computer Repairs

    **Equipment Repairs**
    Total Equipment Repairs

    **Repairs - Other**
    Total Repairs - Other

Total Repairs

**Services**
Total Services

**Supplies**
    **Marketing**
    Total Marketing

    **Office**
    Total Office

    **Supplies - Other**
    Total Supplies - Other

Total Supplies

**Taxes**
    **Corporation Tax**
    Total Corporation Tax

    **Federal**
    Total Federal

    **Local**
    Total Local

    **Property**
    Total Property

    **State**
    Total State

    **Taxes - Other**

9:54 AM
04/05/21
Accrual Basis

## GFY Realty Corporation
# General Ledger
### As of March 31, 2021

| | Type | Date | Num |
|---|---|---|---|
| Total Taxes - Other | | | |
| | | | |
| **Total Taxes** | | | |
| | | | |
| **Telephone** | | | |
| Total Telephone | | | |
| | | | |
| **Travel** | | | |
| Total Travel | | | |
| | | | |
| **Utilities** | | | |
| **Gas and Electric** | | | |
| | Check | 03/31/2021 | 1013 |
| Total Gas and Electric | | | |
| | | | |
| **Water** | | | |
| | General Journal | 03/15/2021 | 270 |
| | Check | 03/25/2021 | 1011 |
| | Check | 03/31/2021 | 1015 |
| Total Water | | | |
| | | | |
| **Utilities - Other** | | | |
| | Check | 03/31/2021 | 1014 |
| Total Utilities - Other | | | |
| | | | |
| **Total Utilities** | | | |
| | | | |
| **Interest Income** | | | |
| Total Interest Income | | | |
| | | | |
| **Other Income** | | | |
| Total Other Income | | | |
| | | | |
| **Other Expenses** | | | |
| Total Other Expenses | | | |
| | | | |
| **No accnt** | | | |
| Total no accnt | | | |

**TOTAL**

**9:54 AM**
**04/05/21**
**Accrual Basis**

## GFY Realty Corparation
## General Ledger
### As of March 31, 2021

|                     | Name |
|---------------------|------|
| **TD Bank**         |      |
|                     | IPFS Corporation |
|                     | Amex Epayment |
|                     | Dean Despotovich |
|                     | Dean Despotovich |
| **Total TD Bank**   |      |
| **TD Bank DIP**     |      |
|                     | City of Paterson |
|                     | City of Paterson |
|                     | TD Bank |
|                     | PSE & G |
|                     | Studio 500 Inc |
|                     | 4 Banner Inc |
|                     | Passaic Valley Water Commission |
|                     | United States Liability Insurance Company |
|                     | Studio 500 Inc |
|                     | 4 Banner Inc |
|                     | IPFS Corporation |
|                     | Beato Glass/Freddy Beato |
|                     | Centre Tax and Accounting |
|                     | NJ Coporation Tax |
|                     | Passaic Valley Water Commission |
|                     | PSE & G |
|                     | Beato Glass/Freddy Beato |
|                     | Studio 500 Inc |
|                     | 4 Banner Inc |
|                     | Sputnik Transportation LLC |
|                     | Passaic Valley Water Commission |
|                     | United States Liability Insurance Company |
|                     | Passaic Valley Water Commission |
|                     | PSE & G |
|                     | 4 Banner Inc |
| **Total TD Bank DIP** |    |
| **Accounts Receivable** |  |
|                     | 4 Banner Inc |
|                     | Studio 500 Inc |
|                     | Anomalous Studio |
|                     | Beato Glass/Freddy Beato |
|                     | Sputnik Transportation LLC |
|                     | Anomalous Studio |
|                     | Anomalous Studio |
|                     | Studio 500 Inc |
|                     | 4 Banner Inc |
|                     | Anomalous Studio |
|                     | Beato Glass/Freddy Beato |
|                     | 4 Banner Inc |
|                     | Studio 500 Inc |

# GFY Realty Corparation
## General Ledger
### As of March 31, 2021

| Name |
| --- |
| Sputnik Transportation LLC |
| Studio 500 Inc |
| 4 Banner Inc |
| Beato Glass/Freddy Beato |
| 4 Banner Inc |
| Studio 500 Inc |
| Beato Glass/Freddy Beato |
| Sputnik Transportation LLC |
| Beato Glass/Freddy Beato |
| Anomalous Studio |
| Anomalous Studio |
| Studio 500 Inc |
| 4 Banner Inc |
| Sputnik Transportation LLC |

Total Accounts Receivable

**Undeposited Funds**
Total Undeposited Funds

**125 5th Ave**
Total 125 5th Ave

**Accumulated Depreciation**
Total Accumulated Depreciation

**Accounts Payable**

City of Paterson
City of Paterson

Total Accounts Payable

**Home Depot 0182 (alchemy)**
Total Home Depot 0182 (alchemy)

**Corporation Tax Payable**
Total Corporation Tax Payable

**Due to George Wang**

Amex Epayment
Anomalous Studio

Anomalous Studio
Passaic Valley Water Commission

Total Due to George Wang

**Interest Payable**
Total Interest Payable

**Payroll Liabilities**
Total Payroll Liabilities

**SBAD**

9:54 AM
04/05/21
Accrual Basis

**GFY Realty Corporation**
# General Ledger
### As of March 31, 2021

| Name |
| --- |

Total SBAD

**Security Deposits**
Total Security Deposits

**Greenwich Village Associates**
Total Greenwich Village Associates

**Capital Stocks**
Total Capital Stocks

**Opening Bal Equity**
Total Opening Bal Equity

**Retained Earnings**

Total Retained Earnings

**Fee Income**
    **Laundry**
    Total Laundry

    **Swimming Pool Fees**
    Total Swimming Pool Fees

    **Vending Commissions**
    Total Vending Commissions

    **Fee Income - Other**
    Total Fee Income - Other

Total Fee Income

**Rental**
    4 Banner Inc
    Studio 500 Inc
    Beato Glass/Freddy Beato
    Sputnik Transportation LLC
    Anomalous Studio
    Anomalous Studio
    Anomalous Studio

Total Rental

**1099 Ge Wang**
Total 1099 Ge Wang

**Amortization Expense**
Total Amortization Expense

**Automobile Expense**
Total Automobile Expense

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corporation
## General Ledger
### As of March 31, 2021

| Name |
| --- |

**Bank Service Charges**
Total Bank Service Charges

**Cash Discounts**
Total Cash Discounts

**Commission**
Total Commission

**Contributions**
Total Contributions

**Depreciation Expense**
Total Depreciation Expense

**Dues and Subscriptions**
Total Dues and Subscriptions

**Equipment Rental**
Total Equipment Rental

**Filing Fees**
Total Filing Fees

**Insurance**
   **Disability Insurance**
   Total Disability Insurance

   **Errors & Omissions**
   Total Errors & Omissions

   **Liability Insurance**
   Total Liability Insurance

   **Property Insurance**
      United States Liability Insurance Company

   Total Property Insurance

   **Insurance - Other**
   Total Insurance - Other

Total Insurance

**Interest Expense**
   **Finance Charge**
   Total Finance Charge

   **Loan Interest**
   Total Loan Interest

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corparation
# General Ledger
## As of March 31, 2021

| Name |
| --- |

**Mortgage**
Total Mortgage

**Interest Expense - Other**
Total Interest Expense - Other

Total Interest Expense

**Lease Commission**
Total Lease Commission

**Licenses and Permits**
Total Licenses and Permits

**Management Fees**
Total Management Fees

**Meals and Entertainment**
Total Meals and Entertainment

**Miscellaneous**
Total Miscellaneous

**Payroll Expenses**
Total Payroll Expenses

**Postage and Delivery**
Total Postage and Delivery

**Printing and Reproduction**
Total Printing and Reproduction

**Professional Fees**
    **Accounting**
    Total Accounting

    **Consulting**
    Total Consulting

    **Legal Fees**
    Total Legal Fees

    **Professional Fees - Other**
    Total Professional Fees - Other

Total Professional Fees

**Registration Fee**
Total Registration Fee

**9:54 AM**
**04/05/21**
**Accrual Basis**

**GFY Realty Corparation**
# General Ledger
### As of March 31, 2021

| Name |
| --- |

**Rent**
Total Rent

**Repairs**
    **Building Repairs**
    Total Building Repairs

    **Computer Repairs**
    Total Computer Repairs

    **Equipment Repairs**
    Total Equipment Repairs

    **Repairs - Other**
    Total Repairs - Other

Total Repairs

**Services**
Total Services

**Supplies**
    **Marketing**
    Total Marketing

    **Office**
    Total Office

    **Supplies - Other**
    Total Supplies - Other

Total Supplies

**Taxes**
    **Corporation Tax**
    Total Corporation Tax

    **Federal**
    Total Federal

    **Local**
    Total Local

    **Property**
    Total Property

    **State**
    Total State

    **Taxes - Other**

# GFY Realty Corparation
# General Ledger
### As of March 31, 2021

| | Name |
|---|---|
| Total Taxes - Other | |
| | |
| **Total Taxes** | |
| | |
| **Telephone** | |
| Total Telephone | |
| | |
| **Travel** | |
| Total Travel | |
| | |
| **Utilities** | |
| **Gas and Electric** | |
| | PSE & G |
| Total Gas and Electric | |
| | |
| **Water** | |
| | Passaic Valley Water Commission |
| | Passaic Valley Water Commission |
| | Passaic Valley Water Commission |
| Total Water | |
| | |
| **Utilities - Other** | |
| | 4 Banner Inc |
| Total Utilities - Other | |
| | |
| Total Utilities | |
| | |
| **Interest Income** | |
| Total Interest Income | |
| | |
| **Other Income** | |
| Total Other Income | |
| | |
| **Other Expenses** | |
| Total Other Expenses | |
| | |
| **No accnt** | |
| Total no accnt | |
| | |
| **TOTAL** | |

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corparation
# General Ledger
### As of March 31, 2021

| | Memo | Split | Amount |
|---|---|---|---|
| **TD Bank** | | | |
| | MAW526914 #9 | Property Insurance | -862.55 |
| | | Due to George Wang | -43.22 |
| | retainer | Legal Fees | -850.00 |
| | retainer | Legal Fees | -5,867.00 |
| | transfer to TD Bank DIP | TD Bank DIP | -31,282.35 |
| Total TD Bank | | | -38,905.12 |
| | | | |
| **TD Bank DIP** | | | |
| | transfer from old account | TD Bank | 31,282.35 |
| | | Accounts Payable | -19,797.55 |
| | | Accounts Payable | -9,000.00 |
| | | Bank Service Charges | -189.75 |
| | 7130006900 | Gas and Electric | -1,305.83 |
| | | Accounts Receivable | 2,250.00 |
| | | Accounts Receivable | 2,000.00 |
| | | Water | -386.74 |
| | GL1050747 | Property Insurance | -330.80 |
| | | Accounts Receivable | 2,250.00 |
| | | Accounts Receivable | 2,000.00 |
| | MAW526914 | Property Insurance | -862.55 |
| | | Accounts Receivable | 1,200.00 |
| | tax return preparation fee | Accounting | -600.00 |
| | 264561533 year 2019 | Corporation Tax | -533.00 |
| | 0125267 121546 | Water | -397.97 |
| | 7130006900 | Gas and Electric | -1,042.89 |
| | | Accounts Receivable | 1,200.00 |
| | | Accounts Receivable | 2,250.00 |
| | | Accounts Receivable | 2,000.00 |
| | | Accounts Receivable | 1,000.00 |
| | 0125267 121546 | Water | -398.34 |
| | GL1050747 | Property Insurance | -1,102.29 |
| | 0125267 121548 | Water | -360.04 |
| | 7130006900 | Gas and Electric | -764.36 |
| | | Utilities | -38.97 |
| Total TD Bank DIP | | | 10,321.27 |
| | | | |
| **Accounts Receivable** | | | |
| | | Rental | 2,000.00 |
| | | Rental | 2,250.00 |
| | | Rental | 3,000.00 |
| | | Rental | 1,200.00 |
| | | Rental | 1,000.00 |
| | VOID: | Due to George Wang | 0.00 |
| | | Due to George Wang | 0.00 |
| | | TD Bank DIP | -2,250.00 |
| | | TD Bank DIP | -2,000.00 |
| | | Rental | 3,000.00 |
| | | Rental | 1,200.00 |
| | | Rental | 2,000.00 |
| | | Rental | 2,250.00 |

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corparation
## General Ledger
### As of March 31, 2021

| | Memo | Split | Amount |
|---|---|---|---|
| | | Rental | 1,000.00 |
| | | TD Bank DIP | -2,250.00 |
| | | TD Bank DIP | -2,000.00 |
| | | TD Bank DIP | -1,200.00 |
| | | Rental | 2,000.00 |
| | | Rental | 2,250.00 |
| | | Rental | 1,200.00 |
| | | Rental | 1,000.00 |
| | | TD Bank DIP | -1,200.00 |
| | | Rental | 3,000.00 |
| | VOID: | -SPLIT- | 0.00 |
| | | TD Bank DIP | -2,250.00 |
| | | TD Bank DIP | -2,000.00 |
| | | TD Bank DIP | -1,000.00 |
| Total Accounts Receivable | | | 12,200.00 |

**Undeposited Funds**
Total Undeposited Funds

**125 5th Ave**
Total 125 5th Ave

**Accumulated Depreciation**
Total Accumulated Depreciation

| **Accounts Payable** | | | |
|---|---|---|---|
| | paid by #0098 | TD Bank DIP | 19,797.55 |
| | paid by #0099 | TD Bank DIP | 9,000.00 |
| Total Accounts Payable | | | 28,797.55 |

**Home Depot 0182 (alchemy)**
Total Home Depot 0182 (alchemy)

**Corporation Tax Payable**
Total Corporation Tax Payable

| **Due to George Wang** | | | |
|---|---|---|---|
| | Amex Epayment | TD Bank | 43.22 |
| | VOID: | Accounts Receivable | 0.00 |
| | by chase 9315 | Building Repairs | -126.26 |
| | | Accounts Receivable | 0.00 |
| | paid passaic valley water 1544 by alchemy's check | Water | 0.00 |
| Total Due to George Wang | | | -83.04 |

**Interest Payable**
Total Interest Payable

**Payroll Liabilities**
Total Payroll Liabilities

**SBAD**

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corporation
# General Ledger
### As of March 31, 2021

| | Memo | Split | Amount |
|---|---|---|---|
| **Total SBAD** | | | |
| | | | |
| **Security Deposits** | | | |
| Total Security Deposits | | | |
| | | | |
| **Greenwich Village Associates** | | | |
| Total Greenwich Village Associates | | | |
| | | | |
| **Capital Stocks** | | | |
| Total Capital Stocks | | | |
| | | | |
| **Opening Bal Equity** | | | |
| Total Opening Bal Equity | | | |
| | | | |
| **Retained Earnings** | | | -5,544.66 |
| Total Retained Earnings | | | -5,544.66 |
| | | | |
| **Fee Income** | | | |
| **Laundry** | | | |
| Total Laundry | | | |
| | | | |
| **Swimming Pool Fees** | | | |
| Total Swimming Pool Fees | | | |
| | | | |
| **Vending Commissions** | | | |
| Total Vending Commissions | | | |
| | | | |
| **Fee Income - Other** | | | |
| Total Fee Income - Other | | | |
| | | | |
| Total Fee Income | | | |
| | | | |
| **Rental** | | | |
| | 3/2021 | Accounts Receivable | -2,000.00 |
| | 3/2021 | Accounts Receivable | -2,250.00 |
| | 3/2021 | Accounts Receivable | -1,200.00 |
| | 3/2021 | Accounts Receivable | -1,000.00 |
| | 3/2021 | Accounts Receivable | -3,000.00 |
| | 50% of gas 2/13 to 3/16 | Accounts Receivable | 0.00 |
| | electric charges 2/13 to 3/16 | Accounts Receivable | 0.00 |
| Total Rental | | | -9,450.00 |
| | | | |
| **1099 Ge Wang** | | | |
| Total 1099 Ge Wang | | | |
| | | | |
| **Amortization Expense** | | | |
| Total Amortization Expense | | | |
| | | | |
| **Automobile Expense** | | | |
| Total Automobile Expense | | | |

# GFY Realty Corparation
# General Ledger
## As of March 31, 2021

| | Memo | | Split | Amount |
|---|---|---|---|---|
| **Bank Service Charges** | | | | |
| Total Bank Service Charges | | | | |
| | | | | |
| **Cash Discounts** | | | | |
| Total Cash Discounts | | | | |
| | | | | |
| **Commission** | | | | |
| Total Commission | | | | |
| | | | | |
| **Contributions** | | | | |
| Total Contributions | | | | |
| | | | | |
| **Depreciation Expense** | | | | |
| Total Depreciation Expense | | | | |
| | | | | |
| **Dues and Subscriptions** | | | | |
| Total Dues and Subscriptions | | | | |
| | | | | |
| **Equipment Rental** | | | | |
| Total Equipment Rental | | | | |
| | | | | |
| **Filing Fees** | | | | |
| Total Filing Fees | | | | |
| | | | | |
| **Insurance** | | | | |
| **Disability Insurance** | | | | |
| Total Disability Insurance | | | | |
| | | | | |
| **Errors & Omissions** | | | | |
| Total Errors & Omissions | | | | |
| | | | | |
| **Liability Insurance** | | | | |
| Total Liability Insurance | | | | |
| | | | | |
| **Property Insurance** | | | | |
| | GL1050747 | | TD Bank DIP | 1,102.29 |
| Total Property Insurance | | | | 1,102.29 |
| | | | | |
| **Insurance - Other** | | | | |
| Total Insurance - Other | | | | |
| | | | | |
| Total Insurance | | | | 1,102.29 |
| | | | | |
| **Interest Expense** | | | | |
| **Finance Charge** | | | | |
| Total Finance Charge | | | | |
| | | | | |
| **Loan Interest** | | | | |
| Total Loan Interest | | | | |

9:54 AM
04/05/21
Accrual Basis

**GFY Realty Corparation**
**General Ledger**
**As of March 31, 2021**

| | Memo | Split | Amount |
|---|---|---|---|

**Mortgage**
Total Mortgage

**Interest Expense - Other**
Total Interest Expense - Other

Total Interest Expense

**Lease Commission**
Total Lease Commission

**Licenses and Permits**
Total Licenses and Permits

**Management Fees**
Total Management Fees

**Meals and Entertainment**
Total Meals and Entertainment

**Miscellaneous**
Total Miscellaneous

**Payroll Expenses**
Total Payroll Expenses

**Postage and Delivery**
Total Postage and Delivery

**Printing and Reproduction**
Total Printing and Reproduction

**Professional Fees**
    **Accounting**
    Total Accounting

    **Consulting**
    Total Consulting

    **Legal Fees**
    Total Legal Fees

    **Professional Fees - Other**
    Total Professional Fees - Other

Total Professional Fees

**Registration Fee**
Total Registration Fee

9:54 AM
04/05/21
Accrual Basis

**GFY Realty Corparation**

**General Ledger**

**As of March 31, 2021**

| | Memo | Split | Amount |
|---|---|---|---|

**Rent**
Total Rent

**Repairs**
    **Building Repairs**
    Total Building Repairs

    **Computer Repairs**
    Total Computer Repairs

    **Equipment Repairs**
    Total Equipment Repairs

    **Repairs - Other**
    Total Repairs - Other

Total Repairs

**Services**
Total Services

**Supplies**
    **Marketing**
    Total Marketing

    **Office**
    Total Office

    **Supplies - Other**
    Total Supplies - Other

Total Supplies

**Taxes**
    **Corporation Tax**
    Total Corporation Tax

    **Federal**
    Total Federal

    **Local**
    Total Local

    **Property**
    Total Property

    **State**
    Total State

    **Taxes - Other**

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corparation
## General Ledger
### As of March 31, 2021

| | Memo | Split | Amount |
|---|---|---|---|
| Total Taxes - Other | | | |
| | | | |
| Total Taxes | | | |
| | | | |
| **Telephone** | | | |
| Total Telephone | | | |
| | | | |
| **Travel** | | | |
| Total Travel | | | |
| | | | |
| **Utilities** | | | |
| **Gas and Electric** | | | |
| | 7130006900 | TD Bank DIP | 764.36 |
| Total Gas and Electric | | | 764.36 |
| | | | |
| **Water** | | | |
| | VOID: paid by Alchemy's checking account | Due to George Wang | 0.00 |
| | 0125267 121546 | TD Bank DIP | 398.34 |
| | 0125267 121548 | TD Bank DIP | 360.04 |
| Total Water | | | 758.38 |
| | | | |
| **Utilities - Other** | | | |
| | 0125267 121544 paid by alchemy | TD Bank DIP | 38.97 |
| Total Utilities - Other | | | 38.97 |
| | | | |
| Total Utilities | | | 1,561.71 |
| | | | |
| **Interest Income** | | | |
| Total Interest Income | | | |
| | | | |
| **Other Income** | | | |
| Total Other Income | | | |
| | | | |
| **Other Expenses** | | | |
| Total Other Expenses | | | |
| | | | |
| **No accnt** | | | |
| Total no accnt | | | |
| | | | |
| **TOTAL** | | | 0.00 |

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corporation
# General Ledger
### As of March 31, 2021

|  | Balance |
|---|---|
|  | **Balance** |
| **TD Bank** | **38,905.12** |
|  | 38,042.57 |
|  | 37,999.35 |
|  | 37,149.35 |
|  | 31,282.35 |
|  | 0.00 |
| Total TD Bank | 0.00 |
| **TD Bank DIP** | **0.00** |
|  | 31,282.35 |
|  | 11,484.80 |
|  | 2,484.80 |
|  | 2,295.05 |
|  | 989.22 |
|  | 3,239.22 |
|  | 5,239.22 |
|  | 4,852.48 |
|  | 4,521.68 |
|  | 6,771.68 |
|  | 8,771.68 |
|  | 7,909.13 |
|  | 9,109.13 |
|  | 8,509.13 |
|  | 7,976.13 |
|  | 7,578.16 |
|  | 6,535.27 |
|  | 7,735.27 |
|  | 9,985.27 |
|  | 11,985.27 |
|  | 12,985.27 |
|  | 12,586.93 |
|  | 11,484.64 |
|  | 11,124.60 |
|  | 10,360.24 |
|  | 10,321.27 |
| Total TD Bank DIP | 10,321.27 |
| **Accounts Receivable** | **281,523.31** |
|  | 283,523.31 |
|  | 285,773.31 |
|  | 288,773.31 |
|  | 289,973.31 |
|  | 290,973.31 |
|  | 290,973.31 |
|  | 290,973.31 |
|  | 288,723.31 |
|  | 286,723.31 |
|  | 289,723.31 |
|  | 290,923.31 |
|  | 292,923.31 |
|  | 295,173.31 |

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corporation
# General Ledger
### As of March 31, 2021

| | Balance |
|---|---|
| | 296,173.31 |
| | 293,923.31 |
| | 291,923.31 |
| | 290,723.31 |
| | 292,723.31 |
| | 294,973.31 |
| | 296,173.31 |
| | 297,173.31 |
| | 295,973.31 |
| | 298,973.31 |
| | 298,973.31 |
| | 296,723.31 |
| | 294,723.31 |
| | 293,723.31 |
| Total Accounts Receivable | 293,723.31 |
| | |
| **Undeposited Funds** | **0.00** |
| Total Undeposited Funds | 0.00 |
| | |
| **125 5th Ave** | **1,013,755.00** |
| Total 125 5th Ave | 1,013,755.00 |
| | |
| **Accumulated Depreciation** | **-247,312.00** |
| Total Accumulated Depreciation | -247,312.00 |
| | |
| **Accounts Payable** | **-320,922.46** |
| | -301,124.91 |
| | -292,124.91 |
| Total Accounts Payable | -292,124.91 |
| | |
| **Home Depot 0182 (alchemy)** | **0.00** |
| Total Home Depot 0182 (alchemy) | 0.00 |
| | |
| **Corporation Tax Payable** | **-750.00** |
| Total Corporation Tax Payable | -750.00 |
| | |
| **Due to George Wang** | **-7,235.86** |
| | -7,192.64 |
| | -7,192.64 |
| | -7,318.90 |
| | -7,318.90 |
| | -7,318.90 |
| Total Due to George Wang | -7,318.90 |
| | |
| **Interest Payable** | **-44,000.00** |
| Total Interest Payable | -44,000.00 |
| | |
| **Payroll Liabilities** | **0.00** |
| Total Payroll Liabilities | 0.00 |
| | |
| **SBAD** | **-1,000.00** |

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corparation
## General Ledger
### As of March 31, 2021

| | Balance |
|---|---|
| Total SBAD | -1,000.00 |
| | |
| **Security Deposits** | **-6,400.00** |
| Total Security Deposits | -6,400.00 |
| | |
| **Greenwich Village Associates** | **-697,461.63** |
| Total Greenwich Village Associates | -697,461.63 |
| | |
| **Capital Stocks** | **-140,000.00** |
| Total Capital Stocks | -140,000.00 |
| | |
| **Opening Bal Equity** | **0.00** |
| Total Opening Bal Equity | 0.00 |
| | |
| **Retained Earnings** | **130,898.52** |
| | 125,353.86 |
| Total Retained Earnings | 125,353.86 |
| | |
| **Fee Income** | **0.00** |
| **Laundry** | **0.00** |
| Total Laundry | 0.00 |
| | |
| **Swimming Pool Fees** | **0.00** |
| Total Swimming Pool Fees | 0.00 |
| | |
| **Vending Commissions** | **0.00** |
| Total Vending Commissions | 0.00 |
| | |
| **Fee Income - Other** | **0.00** |
| Total Fee Income - Other | 0.00 |
| | |
| Total Fee Income | 0.00 |
| | |
| **Rental** | **0.00** |
| | -2,000.00 |
| | -4,250.00 |
| | -5,450.00 |
| | -6,450.00 |
| | -9,450.00 |
| | -9,450.00 |
| | -9,450.00 |
| Total Rental | -9,450.00 |
| | |
| **1099 Ge Wang** | **0.00** |
| Total 1099 Ge Wang | 0.00 |
| | |
| **Amortization Expense** | **0.00** |
| Total Amortization Expense | 0.00 |
| | |
| **Automobile Expense** | **0.00** |
| Total Automobile Expense | 0.00 |

9:54 AM
04/05/21
Accrual Basis

# GFY Realty Corparation
# General Ledger
### As of March 31, 2021

| | Balance |
|---|---|
| **Bank Service Charges** | **0.00** |
| Total Bank Service Charges | 0.00 |
| | |
| **Cash Discounts** | **0.00** |
| Total Cash Discounts | 0.00 |
| | |
| **Commission** | **0.00** |
| Total Commission | 0.00 |
| | |
| **Contributions** | **0.00** |
| Total Contributions | 0.00 |
| | |
| **Depreciation Expense** | **0.00** |
| Total Depreciation Expense | 0.00 |
| | |
| **Dues and Subscriptions** | **0.00** |
| Total Dues and Subscriptions | 0.00 |
| | |
| **Equipment Rental** | **0.00** |
| Total Equipment Rental | 0.00 |
| | |
| **Filing Fees** | **0.00** |
| Total Filing Fees | 0.00 |
| | |
| **Insurance** | **0.00** |
| **Disability Insurance** | **0.00** |
| Total Disability Insurance | 0.00 |
| | |
| **Errors & Omissions** | **0.00** |
| Total Errors & Omissions | 0.00 |
| | |
| **Liability Insurance** | **0.00** |
| Total Liability Insurance | 0.00 |
| | |
| **Property Insurance** | **0.00** |
| | 1,102.29 |
| Total Property Insurance | 1,102.29 |
| | |
| **Insurance - Other** | **0.00** |
| Total Insurance - Other | 0.00 |
| | |
| Total Insurance | 1,102.29 |
| | |
| **Interest Expense** | **0.00** |
| **Finance Charge** | **0.00** |
| Total Finance Charge | 0.00 |
| | |
| **Loan Interest** | **0.00** |
| Total Loan Interest | 0.00 |

# GFY Realty Corparation
## General Ledger
### As of March 31, 2021

|  | Balance |
|---|---|
| **Mortgage** | 0.00 |
| Total Mortgage | 0.00 |
|  |  |
| **Interest Expense - Other** | 0.00 |
| Total Interest Expense - Other | 0.00 |
|  |  |
| Total Interest Expense | 0.00 |
|  |  |
| **Lease Commission** | 0.00 |
| Total Lease Commission | 0.00 |
|  |  |
| **Licenses and Permits** | 0.00 |
| Total Licenses and Permits | 0.00 |
|  |  |
| **Management Fees** | 0.00 |
| Total Management Fees | 0.00 |
|  |  |
| **Meals and Entertainment** | 0.00 |
| Total Meals and Entertainment | 0.00 |
|  |  |
| **Miscellaneous** | 0.00 |
| Total Miscellaneous | 0.00 |
|  |  |
| **Payroll Expenses** | 0.00 |
| Total Payroll Expenses | 0.00 |
|  |  |
| **Postage and Delivery** | 0.00 |
| Total Postage and Delivery | 0.00 |
|  |  |
| **Printing and Reproduction** | 0.00 |
| Total Printing and Reproduction | 0.00 |
|  |  |
| **Professional Fees** | 0.00 |
| **Accounting** | 0.00 |
| Total Accounting | 0.00 |
|  |  |
| **Consulting** | 0.00 |
| Total Consulting | 0.00 |
|  |  |
| **Legal Fees** | 0.00 |
| Total Legal Fees | 0.00 |
|  |  |
| **Professional Fees - Other** | 0.00 |
| Total Professional Fees - Other | 0.00 |
|  |  |
| Total Professional Fees | 0.00 |
|  |  |
| **Registration Fee** | 0.00 |
| Total Registration Fee | 0.00 |

## GFY Realty Corparation
## General Ledger
### As of March 31, 2021

|  | Balance |
|---|---|
| **Rent** | **0.00** |
| Total Rent | 0.00 |
| **Repairs** | **0.00** |
| **Building Repairs** | **0.00** |
| Total Building Repairs | 0.00 |
| **Computer Repairs** | **0.00** |
| Total Computer Repairs | 0.00 |
| **Equipment Repairs** | **0.00** |
| Total Equipment Repairs | 0.00 |
| **Repairs - Other** | **0.00** |
| Total Repairs - Other | 0.00 |
| Total Repairs | 0.00 |
| **Services** | **0.00** |
| Total Services | 0.00 |
| **Supplies** | **0.00** |
| **Marketing** | **0.00** |
| Total Marketing | 0.00 |
| **Office** | **0.00** |
| Total Office | 0.00 |
| **Supplies - Other** | **0.00** |
| Total Supplies - Other | 0.00 |
| Total Supplies | 0.00 |
| **Taxes** | **0.00** |
| **Corporation Tax** | **0.00** |
| Total Corporation Tax | 0.00 |
| **Federal** | **0.00** |
| Total Federal | 0.00 |
| **Local** | **0.00** |
| Total Local | 0.00 |
| **Property** | **0.00** |
| Total Property | 0.00 |
| **State** | **0.00** |
| Total State | 0.00 |
| **Taxes - Other** | **0.00** |

9:54 AM
04/05/21
Accrual Basis

**GFY Realty Corparation**

# General Ledger

### As of March 31, 2021

|  | Balance |
|---|---|
| Total Taxes - Other | 0.00 |
|  |  |
| Total Taxes | 0.00 |
|  |  |
| **Telephone** | **0.00** |
| Total Telephone | 0.00 |
|  |  |
| **Travel** | **0.00** |
| Total Travel | 0.00 |
|  |  |
| **Utilities** | **0.00** |
| **Gas and Electric** | **0.00** |
|  | 764.36 |
| Total Gas and Electric | 764.36 |
|  |  |
| **Water** | **0.00** |
|  | 0.00 |
|  | 398.34 |
|  | 758.38 |
| Total Water | 758.38 |
|  |  |
| **Utilities - Other** | **0.00** |
|  | 38.97 |
| Total Utilities - Other | 38.97 |
|  |  |
| Total Utilities | 1,561.71 |
|  |  |
| **Interest Income** | **0.00** |
| Total Interest Income | 0.00 |
|  |  |
| **Other Income** | **0.00** |
| Total Other Income | 0.00 |
|  |  |
| **Other Expenses** | **0.00** |
| Total Other Expenses | 0.00 |
|  |  |
| **No accnt** | **0.00** |
| Total no accnt | 0.00 |
|  |  |
| **TOTAL** | **0.00** |