**LAW OFFICE OF**
*Dean J. Despotovich*
**328 CLIFTON AVENUE**
**CLIFTON, NJ 07011**

DEAN J. DESPOTOVICH, ESQ.

------------------------
N.J. BAR
N.Y FEDERAL BAR
U.S SUPREME COURT BAR
U.S COURT OF MILITARY APPEALS BAR

Phone: (973) 772-6466
Fax: (973) 772-6814
Email: Djdatty@aol.com

July 19, 2021

**VIA CMF/ECF and EMAIL chambers_of_jks@njb.uscourts.**
Honorable John K. Sherwood
50 Walnut Street
Newark, NJ 07102

    Re: GFY Realty Corp
    Doc. #: 21-10078
    Conference July 20 2021

Dear Judge Sherwood:

  Please accept this letter as a request for an adjournment of the conference scheduled for tomorrow, July 20, 2021 at 10AM

  My office is without staff at this time due to Covid-19 and I had mis-diaried the conference for July 22, 2021  I spoke with both my sole creditor adversary and the Trustee and both consent to an adjournment to August 17, 2021 due to the fact that the disclosure Statement and plan were conditionally approved and the confirmation hearing set for August 17, 2021.

  I apologize to all counsel for not making the request earlier, but as stated, it was my belief it was scheduled for July 22, 2021.

Very Truly Yours

Dean J. Despotovich, Esq.
DJD:///dd

Cc Scott Sherman

US Trustee Peter.J.D'Auria