**LAW OFFICE OF**

DEAN J. DESPOTOVICH

328 CLIFTON AVENUE

CLIFTON, NJ 07011

DEAN J. DESPOTOVICH, ESQ.

-----------------------
   N.J. BAR
   N.Y FEDERAL BAR
   U.S SUPREME COURT BAR
   U.S COURT OF MILITARY APPEALS  BAR

Phone:  (973) 772-6466
Fax:    (973) 772-6814
Email:   Djdatty@aol.com

August 13, 2021

**VIA CMF/ECF and EMAIL chambers_of_jks@njb.uscourts.**
Honorable John K. Sherwood
50 Walnut Street
Newark, NJ 07102

                Re: GFY Realty Corp              Adjournment Request
                Doc. #: 21-10078

Dear Judge Sherwood:

      Please accept this letter as a request for an adjournment of the conference and confirmation

hearing scheduled for August 17, 2021.

      I have been having discussions with my client's  sole creditor adversary regarding resolution of

the disputed proof of claim and possible amendment to my proposed plan Both Debtor and Creditor

believe additional time is necessary to flush out the issues in dispute and come to a resolution to this

bankruptcy proceeding without further litigation prompting this request for an adjournment to Oct 5 2021

at 10 AM . Both side have also addressed this to the  Trustee and all consent to the requested adjournment

to Oct 5 2021 at 10 AM . I respectfully submit this request and await your decision.

Very Truly Yours

*/s/ Dean J Despotovich*

Dean J. Despotovich, Esq.

DJD://dd
Cc Scott Sherman Esq counsel for creditor
US Trustee Peter.J.D'Auria Esq