# LAW OFFICE OF
## DEAN J. DESPOTOVICH
### 328 CLIFTON AVENUE
### CLIFTON, NJ 07011

DEAN J. DESPOTOVICH, ESQ.

------------------------
N.J. BAR
N.Y FEDERAL BAR
U.S SUPREME COURT BAR
U.S COURT OF MILITARY APPEALS BAR

Phone:   (973) 772-6466
Fax:     (973) 772-6814
Email:   Djdatty@aol.com

October 3, 2021

**VIA CMF/ECF and EMAIL chambers_of_jks@njb.uscourts.**

Honorable John K. Sherwood
50 Walnut Street
Newark, NJ 07102

      Re: GFY Realty Corp
                Adjournment Request
      Doc. #: 21-10078

Dear Judge Sherwood:

    Please accept this letter as a request for an adjournment of the conference and confirmation hearing scheduled for October 5 2021.

    I have been having discussions with my client's sole creditor adversary regarding resolution of the disputed proof of claim and possible amendment to my proposed plan Both Debtor and Creditor believe additional time is necessary to flush out the issues in dispute and come to a resolution to this bankruptcy proceeding without further litigation prompting this request for an adjournment to Oct 5 2021 at 10 AM .

    Both side have also addressed this to the Trustee and all consent to the requested adjournment to Oct 5 2021 at 10 AM . I respectfully submit this request and await your decision.

Very Truly Yours

/s/ Dean J Despotovich

Dean J. Despotovich, Esq.
Cc Scott Sherman Esq counsel for creditor
US Trustee Peter.J.D'Auria Esq