UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 AND 9
Peter J. D'Auria, Esq. (PD 3709)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

Order Filed on December 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GFY Realty Corporation,

Debtor.

Chapter 11

Case No. 21-10078(JKS)

Hearing Date: Nov. 16, 2021 at 10:00 a.m.

Judge: John K. Sherwood

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: December 27, 2021**

**(Page 2)**
GFY Realty Corporation,
Chapter 11 Case No.: 21-100778(JKS)
**Order of Dismissal**

_____

Upon consideration of the status of the Debtor's previously filed Plan of reorganization, further consideration of the status of the case, the totality of circumstances of the case, and the comments of counsel at the hearing held on November 16, 2021, and the Court having found cause for the entry of the within Order, and the Court having further found that entry of the within Order is in the best interest of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the chapter 11 case of GFY Realty Corporation, Case No. 21-10078 (JKS), is hereby DISMISSED and any discharge that was granted is vacated. All outstanding fees to the Court that are due and owing must be paid within 10 (ten) days of the date of this Order.

**AND IT IS FURTHER ORDERED** that the filing of any and all outstanding monthly operating reports and the payment of any statutory fees due to the U.S. Trustee Program pursuant to 28 U.S.C. § 1930 through the date of this Order shall be brought current within 30 (thirty) days of the entry of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10078-JKS |
| GFY REALTY CORPORATION | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 28, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

**Recip ID       Recipient Name and Address**
db          +  GFY REALTY CORPORATION, 125 5TH AVENUE, PATERSON, NJ 07524-1204

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021              Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Dean J. Despotovich
                        on behalf of Debtor GFY REALTY CORPORATION djdatty@aol.com G17602@notify.cincompass.com

Scott D. Sherman
                        on behalf of Creditor Greenwich Village Associates  LLC ssherman@minionsherman.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 3